UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PGGC PROJECT LLC,

                                Plaintiff,

-v-

PRESS GLASS NA, INC. ET AL.,

                                Defendants.

21 Civ. 4947 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In this action, plaintiff PGGC Project LLC invokes subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If PGGC Project LLC is, indeed, a limited liability company, as its name implies and plaintiff alleges in its complaint, Dkt. 1 ¶ 1, then the complaint must allege the citizenship of all natural persons who are members of the limited liability company and the place of incorporation and principal place of business of all corporate entities who are members of the limited liability company. *See Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51–52 (2d Cir. 2000), citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). It is hereby ORDERED that, by **September 29, 2021**, plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity. If plaintiff is unable to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

1

SO ORDERED.

*[Signature]*

Paul A. Engelmayer
United States District Judge

Dated: September 15, 2021
      New York, New York